# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**VERONICA COTTON,**
       **Plaintiff**

       v.

**KILOLO KIJAKAZI,**
       **Defendant**

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER: 21-C-658**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the ALJ's decision is affirmed, and this case is dismissed.

| | |
|---|---|
| May 11, 2022 | Gina Colletti |
| Date | Clerk |
| | /s/K. Rafalski |
| | (By) Deputy Clerk |